UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         Plaintiff,<br><br>v.<br><br>ROGELIO GALLARDO (3),<br><br>                                         Defendant. | Case No.:  20CR1761-JLS<br><br>**ORDER VACATING SENTENCING HEARING, SETTING MOTION HEARING, and SETTING BRIEFING SCHEDULE** |

Defendant has recently filed a motion to dismiss for lack of jurisdiction (ECF No. 123). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 6, 2022**. A hearing on Defendant's motion shall be held on **Friday, June 24, 2022** at **2:00 p.m.**

Plaintiff shall file a response to Defendant's motion by **May 31, 2022**. Defendant may file an optional reply on or before **June 10, 2022**.

IT IS SO ORDERED.

Dated: May 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge