**ROBERT L. SWAIN**
California State Bar No. 144163
Attorney at Law
555 West Beech Street, Suite 508
San Diego, California 92101
Telephone: (619) 544-1494
Facsimile: (619) 544-1473
e-mail: RLS11@aol.com

Attorney for Defendant **Gallardo**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-1761-JLS |
| Plaintiff, | Date: January 20, 2023 |
| v. | Time: 9:00 a.m. |
| **ROGELIO GALLARDO,** | **SENTENCING SUMMARY CHART** |
| Defendant. | |

TO: RANDY S. GROSSMAN, UNITED STATES ATTORNEY, KEVIN MOKHTARI, ASSISTANT UNITED STATES ATTORNEY, AND KRISTEN APOINTE, UNITED STATES PROBATION OFFICER.

The defendant, Rogelio Gallardo, by and through his counsel, Robert L. Swain, hereby files the following sentencing summary chart. This chart is based on the records in the case, the discovery, the plea agreement, the probation report, the previous pleadings filed, and in anticipation of the sentencing now set before this court on January 20, 2023.

Respectfully submitted,

Dated: December 30, 2022
/s/ Robert L. Swain
**ROBERT L. SWAIN**
Attorney at Law
Attorney for Defendant **Gallardo**