# SENTENCING SUMMARY CHART

USPO ___
AUSA ___
DEF __x__

Defendant's Name: ROGELIO GALLARDO          Docket No.   20-CR-1761-JLS
Guideline Manual Used:  November 1, 2020          Agree with USPO Calc.:   N

Base Offense Levels:   (USSG § 2D1.1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   38—>34

Reckless Endangerment During Flight [§ 3C1.2]:. . . . . . . . . . . . . . . . . . . . . . . . . . .   +2

Adjustment for Safety Valve [§ 2D1.1]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   -2

Adjustment for Minor Role [§ 3B1.2]:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   -2

Adjustment for Acceptance of Responsibility [§ 3E1.1]:. . . . . . . . . . . . . . . . . . . . . .   -3

Departure for Combination of Mitigating Factors [§ 5K2.1]:. . . . . . . . . . . . . . . . . . .   -4

Adjusted Offense Level:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   25
  _ Combined (Mult. Counts)  _ Career Off.   _ Armed Career Crim.

Criminal History Score: -no prior record of any kind. . . . . . . . . . . . . . . . . . . . . . . . .   0

Criminal History Category: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   I
  __ Career Offender   ___ Armed Career Criminal

Variance pursuant to § 3553:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   -3

**Total  Offense Level:.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **22**

**Resulting Guideline Range:**                    **from 41  mths**
                                                  **to  51    mths**

### - DEFENSE RECOMMENDATION:
### - 41  MONTHS-